Susan Beaty (they/them) (SBN 324048)
susan@ccijustice.org, 510-679-3674
Priya Arvind Patel (she/her), SBN 295602
priya@ccijustice.org, 650-762-8990
CA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison St., Suite 1800
Oakland, CA 94612

*Pro Bono* Attorneys for Petitioner-Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Carlos Muñoz,<br><br>        Petitioner-Plaintiff,<br><br>        v.<br><br>Ernesto SANTACRUZ JR., in his official capacity, Acting Field Office Director of Los Angeles Office, U.S. Immigrations and Customs Enforcement;<br><br>Todd M. LYONS, in his official capacity, Acting Director, U.S. Immigration and Customs Enforcement;<br><br>Markwayne MULLIN, in his official capacity, Secretary, U.S. Dept. of Homeland Security; and<br><br>Pam BONDI, in her official capacity, Attorney General of the United States;<br><br>        Respondents-Defendants. | Case No. CV 26-3497 PA<br><br>**ORDER GRANTING PETITIONER'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br><u>Challenge to Unlawful Incarceration Under Color of Immigration Detention Statutes; Request for Declaratory and Injunctive Relief</u> |

Order                                                                                      Case No.

Good cause having been shown, this Court grants Petitioner-Plaintiff's Motion for Temporary Restraining Order and ENJOINS Respondents-Defendants and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them from re-detaining Mr. Muñoz unless and until he is provided notice and a hearing before this Court or other neutral decisionmaker to determine whether his re-detention would be lawful.

IT IS SO ORDERED.

Dated:    April 2, 2026

_____
United States District Court Judge

*[Proposed] Order*                    2                    Case No.